# Court of Appeals
# of the State of Georgia

ATLANTA,  September 18, 2014

*The Court of Appeals hereby passes the following order:*

**A15I0008. CHRISTOPHER ASHLEY WOOTTON v. DEANNA OUELLETTE.**

Christopher Wootton and Deanna Ouellette are divorced. In 2013, Wootton filed a downward modification of child support, and Ouellette filed a counterclaim for an upward modification of child support. Ouellette's counterclaim was dismissed for failure to comply with discovery. In January of 2014, Ouellette filed the instant petition for modification of child support. Wootton moved to dismiss the petition on the ground that it violated OCGA § 19-6-15 (k) (2). The trial court denied the motion and certified the issue for immediate review. This application followed.

The issues in this case arise out of the child support provisions of a divorce decree. Although the Court of Appeals may review cases relating solely to child custody, the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6). See also *Bagwell v. Bagwell*, 290 Ga. 378 (721 SE2d 847) (2012) (reversed trial court's denial of motion to dismiss premised upon violation of OCGA § 19-6-15 (k) (2)). In Georgia, child support is a form of alimony. *Smith v. Smith*, 254 Ga. 450, 451 (1) (330 SE2d 706) (1985) (the purpose of alimony is to provide *support* for the needy spouse and minor children). Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/18/2014

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____, *Clerk.*